IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 19 2007

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

ELVA WHITEN                                                          PLAINTIFF

VS.                    NO. 5:07-CV-00026 SWW

STUTTGART REGIONAL MEDICAL CENTER                                    DEFENDANT

## PROTECTIVE ORDER

In response to plaintiff's discovery requests, defendant Stuttgart Regional Medical Center ("SRMC") has agreed to provide counsel for the plaintiff information or documentation on certain past or present employees of SRMC for proper use only in this litigation and subject to the affected employees' (whether past or present) privacy rights not being violated or infringed. To protect those privacy rights and the rights of SRMC, and because the parties have agreed to the entry of this order, it is therefore:

ORDERED, that the information and documentation on past or present employees provided by SRMC shall be used only for proper purposes directly related to the trial of this lawsuit; that any records filed with the Court be redacted to the extent feasible to protect the privacy interests of the past or present employees; that neither the plaintiff, nor anyone acting for or on her behalf shall, in any manner, directly or indirectly, transfer or communicate any of the information and/or documentation obtained to any person except for any necessary and proper purpose directly related to the trial of this action; that any person to whom such necessary communication is made shall be bound by the terms of this Order; that plaintiff's counsel shall provide a copy of this Order to all persons who are in receipt of such necessary

714151-v1

·communication; and that at the conclusion of this matter, the plaintiff shall return to defendant's attorneys all documents or photocopies of any documents that were supplied to plaintiff under this Order.

_____
United States District Judge

Date: 12-19-07

APPROVED AS TO FORM:

TERESA BLOODMAN
P.O. Box 13641
Maumelle, Arkansas 72113
(870) 550-1940
FAX: (501) 851-1519
E-MAIL: teresabloodman@yahoo.com


By _____
Teresa Bloodman (2005055)
Attorney for Plaintiff

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: wjackson@wlj.com


By _____
William Stuart Jackson
Attorneys for Defendant